You can use your browser **BACK** button to return to previous page.

[New Case Number] [Service History] [Notification History] [Docket Report] [Account Information] [Home]

## GD-07-027178 — McCaffrey vs C.R Bard Inc. etal

| | | | |
|---|---|---|---|
| *Filing Date:* | **12/19/2007** | *Case Type:* | **Product Liability** |
| *Filing Time:* | **3:45:07** | *Court Type:* | **General Docket** |
| *Related Cases:* | | *Current Status:* | **Complaint** |
| *Judge:* | **No Judge** | *Jury Requested:* | **No** |
| *Amount In Dispute:* | **$ .00** | | |

***Click on PartyID hyperlink to see Alternative name for the party.**

### Parties

#### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @1533393 | McCaffrey | Marie | --- | Plaintiff | 1212 Wareman Avenue Pittsburgh PA 15212 | -- | Kontos George M, |
| @1533402 | C.R Bard Inc. | --- | --- | Defendant | 100 Sockanossett Crossroad Cranston RI 02920 | -- | Archinaco Jason A., |
| @1533396 | Davol Inc. | --- | --- | Defendant | 100 Sockanossett Crossroad Cranston RI 02920 | -- | Archinaco Jason A., |
| @951576 | St. Clair Hospital | --- | --- | Defendant | 100 Bower Hill Road Pittsburgh PA 15243 | 1/2/2008 12:25 | Conti John C, |

#### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 62712 | Kontos | George | M | Plaintiff's Attorney | Swensen, Perer & Johnson One Oxford Centre #2501 Pittsburgh PA 15219 | (412) 2811970 |
| 76691 | Archinaco | Jason | A. | Defendant's Attorney | 437 Grant Street Suite 1001 Pittsburgh PA 15219 | (412) 5663520 |
| 28071 | Conti | John | C | Defendant's Attorney | Dickie, McCamey & Chilcote Two PPG Place Suite 400 Pittsburgh PA 15222-5402 | (412) 2817272 |

#### -- Non Litigants --

No Listing

***Click on DocketType hyperlink to see Judgments for that Docket.**
Document numbers in the DOCUMENT column may not be consecutive.

### Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|

EXHIBIT

tabbies

A

| | | | | |
|---|---|---|---|---|
| 02/19/2008 | Complaint | | McCaffrey Marie | Document 13 |
| 02/13/2008 | Notice of Service | Of Cross notice of deposition of certain corporate representatives of defendant Davol Inc. on Feb 13,2008 | Davol Inc. | Document 12 |
| 02/12/2008 | Notice | of Praecipe to enter judgmet of non pros (ten day notice) has been served upon Marie McCaffrey | Davol Inc. | Document 11 |
| 01/18/2008 | Affidavit of Service | of rule to file a complaint filed on 01/15/08 a certified true and correct copy of the Rule was forwarded to plaintiff's attorney George M. Kontos by certified mail return receipt requested dated 01/16/08. | C.R Bard Inc. | Document 10 |
| 01/14/2008 | Praecipe for Rule to File Complaint | | C.R Bard Inc. | Document 9 |
| 01/14/2008 | Praecipe for Appearance | and on behalf of C.R. Bard Inc by Jason Archinaco esq | Davol Inc. | Document 8 |
| 01/09/2008 | Proof of Service | The rule was served upon George M. Kontos, Esq. on 01/04/08 by certified mail. | St. Clair Hospital | Document 7 |
| 01/03/2008 | Praecipe for Appearance | by John C. Conti Esq. | St. Clair Hospital | Document 5 |
| 01/03/2008 | Praecipe for Rule to File Complaint | | St. Clair Hospital | Document 6 |
| 01/02/2008 | Affidavit of Service | of the Writ of Summons by mail as to C.R Bard Inc has been served upon C.R Bard Inc. via mail on 12/20/07. | McCaffrey Marie | Document 3 |
| 01/02/2008 | Affidavit of Service | of the Writ of Summons by mail as to Davol Inc., a subsudary of C.R. Bard Inc. has been served upon Davol Inc via mail on 12/20/2007. | McCaffrey Marie | Document 4 |
| 01/02/2008 | Sheriff Return | St. Clair Hospital was served by Served - Manager / other person authorized to accept deliveries of United States Mail Service Upon Leslie Brueggman with Writ of Summons on 1/2/2008. | McCaffrey Marie | Sheriff Return |
| 12/19/2007 | Praecipe for Writ of Summons | | McCaffrey Marie | Document 1 |

## Services

Complete Service History

| Desc | Defendant | Service Address | Person Served | Served By | Service Date | Service Time | Status |
|---|---|---|---|---|---|---|---|
| Praecipe for Writ of Summons | St. Clair Hospital | 1000 Bower Hill Road Pittsburgh, PA 15243 Mt. Lebanon Township | Leslie Brueggman | Larry Decker | 1/2/2008 | 12:25 | Served - Manager / other person authorized to accept deliveries of United States Mail |

**If you don't have Adobe Acrobat Reader to view documents, you can get it here.**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARIE MCCAFFREY,

Plaintiff,

v.

DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL,

Defendants.

CIVIL DIVISION

No. GD07-27178

**PRAECIPE FOR WRIT OF SUMMONS**

Code: 004 Product Liability

Filed on behalf of Plaintiff

Attorneys of record for this Party:

George M. Kontos, Esquire
Pa. Id. # 62712

Brian W. DelVecchio, Esquire
Pa. Id. # 79666

SWENSEN PERER & KONTOS
One Oxford Centre, Suite 2501
Pittsburgh, PA 15219

Firm #262

(412) 281-1970

**bwd@spkpowerlaw.com**

1 OPS\TDARR01
12-19-2007 03:47:40
GD-07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| MARIE MCCAFFREY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Docket Number: |
| | : | |
| | : | |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL, | : | |
| | : | |
| Defendants. | | |

**PRAECIPE FOR WRIT OF SUMMONS**

TO PROTHONOTARY:

Kindly issue a Writ of Summons in the above-captioned matter based upon a cause of action which occurred on or about December 22, 2005 in Pittsburgh, Allegheny County, PA.

SWENSEN PERER & KONTOS,

George M. Kontos, Esquire

Brian W. DelVecchio, Esquire
Attorneys for Plaintiff

## SHERIFF RETURN

| | |
|---|---|
| **Case No :** | GD-07-027178 |
| **Case Description :** | McCaffrey vs C.R Bard Inc. etal |
| **Defendant :** | St. Clair Hospital |
| **Service Address :** | 1000 Bower Hill Road Pittsburgh, PA 15243 Allegheny |
| **Writ Description :** | WRIT OF SUMMONS |
| **Issue Date :** | 12/19/2007 |
| **Service Status :** | Served - Manager / other person authorized to accept deliveries of United States Mail |
| **Served Upon :** | Leslie Brueggman |
| **Served By :** | Larry Decker |
| **Served on :** | Wednesday, January 02, 2008 at 12:25 |
| **Service Method :** | Person In Charge |

Marie McCaffrey

vs

St. Clair Hospital
Davol Inc.
C.R Bard Inc.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | No. GD 07-027178 |
| v. | **AFFIDAVIT OF SERVICE OF THE WRIT OF SUMMONS BY MAIL AS TO DAVOL, INC., a subsidiary of C.R. BARD, INC.** |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL, | Code: 004 Products Liability |
| Defendants. | Filed on behalf of Plaintiff |
| | Counsel of record for this party: |
| | George M. Kontos, Esquire<br>Pa. I.D. #62712 |
| | Brian W. DelVecchio, Esquire<br>Pa. I.D. # 79666 |
| | SWENSEN PERER & KONTOS |
| | Firm #262 |
| | One Oxford Centre, Suite 2501<br>Pittsburgh, PA 15219 |
| | (412) 281-1970 |
| | bwd@spkpowerlaw.com |

FILED
08 JAN -2 PM 3: 15
PROTHONOTARY
ALLEGHENY COUNTY

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

| | | |
|---|---|---|
| MARIE MCCAFFREY, Plaintiff, | : | No. GD 07-027178 |
| vs. | : | |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL, Defendants. | : | |

**AFFIDAVIT OF SERVICE OF THE WRIT OF SUMMONS BY MAIL**

I, Brian W. DelVecchio, Esquire, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for the Plaintiff in the above-entitled cause. On December 20, 2007, I caused to be transmitted, by a form of mail requiring a signed receipt, a copy of the Praecipe for Writ of Summons in Civil Action and a true and correct copy of the Writ of Summons in this action to the following: Davol, Inc., a subsidiary of C.R. Bard, Inc. A copy of the transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received from the Postmaster of Cranston, Rhode Island 02920, a return receipt bearing the notation "Date of delivery: December 26, 2007." A copy of the official return receipt is attached hereto as Exhibit "B".

SWENSEN PERER & KONTOS,

George M. Kontos, Esquire

Brian W. DelVecchio, Esquire
Attorneys for Plaintiff

SWORN to and subscribed

before me this 2 day of

January, 2008.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Roberta Heinzl, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 4, 2010
Member, Pennsylvania Association of Notaries

**SPK**
The Law Firm of
Swensen, Perer
& Kontos

Alan H. Perer
George M. Kontos
Diane W. Perer
Brian W. DelVecchio
C J Engel
Elizabeth A. Farina
—
*Of Counsel*
Jan C. Swensen

December 20, 2007

Davol, Inc.,
A Subsidiary of C.R. Bard, Inc.
100 Sockanossett Crossroad
Cranston, RI 02920

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

RE: Marie McCaffrey,
Vs.
Davol, Inc., a subsidiary of C.R. Bard, Inc.; C.R. Bard, Inc.; and St. Clair Hospital

Docket Number: GD 07-027178 Allegheny County, Pennsylvania.

To Whom It May Concern:

Enclosed is a clocked-in copy of the Praecipe for Writ of Summons that has been filed in the Court of Common Pleas of Allegheny County, Pennsylvania, assigned Docket Number: GD 07-027178 and an original issued Writ of Summons in Civil Action.

Service is being made upon you by registered mail, return receipt requested, as permitted by Pa. R.C.P. 404 and 42 Pa. C.S.A. § 5323.

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND against the claims set forth in the following pages, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS after the Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that IF YOU FAIL TO DO SO, the case may proceed without you and a JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT without further notice for any money claimed in the Complaint OR FOR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.**

Very truly yours,

Brian W. DelVecchio /bk

Brian W. DelVecchio, Esquire

BWD/bk
Enclosures

One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

412-281-1970
1-866-281-1970
412-281-2808 (Fax)

EXHIBIT
"A"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ ✓ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here — USPS FORBES AVE STA PITTSBURGH PA DEC 20 2007

7006 2760 0001 2832 9979

Sent To: Davol, Inc., a subsidiary of
Street, Apt. No.; or PO Box No.: C.R. Bard, Inc.
100 Sockanossett Crossraod
City, State, ZIP+4: Cranston, RI 02920

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Davol, Inc.**
**a subsidiary of C.R. Bard, Inc.**
**100 Sockanossett Crossroad**
**Cranston, RI 02920**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. CABRAL C. Date of Delivery DEC 26 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0001 2832 9979

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**EXHIBIT**
"B"

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | No. GD 07-027178 |
| v. | **AFFIDAVIT OF SERVICE OF THE WRIT OF SUMMONS BY MAIL AS TO C.R. BARD, INC.** |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL, | Code: 004 Products Liability |
| Defendants. | Filed on behalf of Plaintiff |
| | Counsel of record for this party: |
| | George M. Kontos, Esquire<br>Pa. I.D. #62712 |
| | Brian W. DelVecchio, Esquire<br>Pa. I.D. # 79666 |
| | SWENSEN PERER & KONTOS |
| | Firm #262 |
| | One Oxford Centre, Suite 2501<br>Pittsburgh, PA 15219 |
| | (412) 281-1970 |
| | bwd@spkpowerlaw.com |

FILED 08 JAN -2 PM 3:1
PROTHONOTARY ALLEGHENY COUNTY

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| MARIE MCCAFFREY,<br><br>Plaintiff, | No. GD 07-027178 |
| vs. | |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R.BARD, INC.; and ST. CLAIR HOSPITAL,<br><br>Defendants. | |

**AFFIDAVIT OF SERVICE OF THE WRIT OF SUMMONS BY MAIL**

I, Brian W. DelVecchio, Esquire, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for the Plaintiff in the above-entitled cause. On December 20, 2007, I caused to be transmitted, by a form of mail requiring a signed receipt, a copy of the Praecipe for Writ of Summons in Civil Action and a true and correct copy of the Writ of Summons in this action to the following: C.R. Bard, Inc. A copy of the transmittal letter is attached hereto as Exhibit "A".

**SPK**
The Law Firm of
Swensen, Perer
& Kontos

Alan H. Perer
George M. Kontos
Diane W. Perer
Brian W. DelVecchio
C J Engel
Elizabeth A. Farina

*Of Counsel*
Jan C. Swensen

December 20, 2007

C.R. Bard, Inc.
730 Central Ave.
Murray Hill, NJ 07974

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

RE: Marie McCaffrey,
Vs.
Davol, Inc., a subsidiary of C.R. Bard, Inc.; C.R. Bard, Inc.; and St. Clair Hospital

Docket Number: GD 07-027178 Allegheny County, Pennsylvania.

To Whom It May Concern:

Enclosed is a clocked-in copy of the Praecipe for Writ of Summons that has been filed in the Court of Common Pleas of Allegheny County, Pennsylvania, assigned Docket Number: GD 07-027178 and an original issued Writ of Summons in Civil Action.

Service is being made upon you by registered mail, return receipt requested, as permitted by Pa. R.C.P. 404 and 42 Pa. C.S.A. § 5323.

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND against the claims set forth in the following pages, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS after the Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that IF YOU FAIL TO DO SO, the case may proceed without you and a JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT without further notice for any money claimed in the Complaint OR FOR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.**

Very truly yours,

Brian W. DelVecchio/bk

Brian W. DelVecchio, Esquire

BWD/bk
Enclosures

One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

412-281-1970
1-866-281-1970
412-281-2808 (Fax)

EXHIBIT
"A"

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 2760 0001 2632 9962

| | |
|---|---|
| Postage | $ ✓ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here: USPS PITTSBURGH PA FOURTH AVE STA DEC 20 2007

Sent To: C.R. Bard, Inc.
Street, Apt. No.; or PO Box No.: 730 Central Ave.
City, State, ZIP+4: Murray Hill, NJ 07974

PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.R. Bard, Inc.
730 Central Ave.
Murray Hill, NJ 07974

2. Article (Trans

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) A Franklin

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

DEC 26 2007 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2595-02-M-1540

EXHIBIT "B"

2. I further depose and say that I thereafter received from the Postmaster of Murray Hill, New Jersey 07974, a return receipt bearing the notation "Date of delivery: December 26, 2007." A copy of the official return receipt is attached hereto as Exhibit "B".

SWENSEN PERER & KONTOS,

George M. Kontos, Esquire

Brian W. DelVecchio, Esquire
Attorneys for Plaintiff

SWORN to and subscribed

before me this 2 day of

January, 2008.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Roberta Heinzl, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 4, 2010
Member, Pennsylvania Association of Notaries

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | G.D. No. 07-27178 |
| v. | Issue No. |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | **PRAECIPE FOR RULE TO FILE COMPLAINT** |
| Defendants. | Code: |

Filed on behalf of Defendant, St. Clair Hospital

Counsel of record for this party:

John C. Conti, Esquire
PA I.D. # 28071

Lisa D. Dauer, Esquire
PA I.D. # 63274

DICKIE, MCCAMEY & CHILCOTE, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

(412) 281-7272

**JURY TRIAL DEMANDED**

08 JAN -3 PM 2:58
PROTHONOTARY
ALLEGHENY COUNTY

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| MARIE MCCAFFREY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | G.D. No. 07-27178 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

**PRAECIPE FOR RULE TO FILE COMPLAINT**

TO: MICHAEL F. LAMB, PROTHONOTARY

Kindly issue a Rule upon plaintiff to file a Complaint within twenty (20) days in the above-captioned matter.

DICKIE, MCCAMEY & CHILCOTE, P.C.

By ______________________
John C. Conti
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

**CERTIFICATE OF SERVICE**

I, Lisa D. Dauer, Esquire, hereby certify that true and correct copies of the foregoing Praecipe for Rule to File Complaint have been served this 3rd day of January, 2008, by U.S. first-class mail, postage pre-paid, to counsel of record listed below:

George M. Kontos, Esquire
SWENSEN PERER & KONTOS
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(Counsel for Plaintiffs)

DICKIE, MCCAMEY & CHILCOTE, P.C.

By [signature]
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | G.D. No. 07-27178 |
| v. | Issue No. |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | **PRAECIPE FOR ENTRY OF APPEARANCE** |
| Defendants. | Code: |

Filed on behalf of Defendant, St. Clair Hospital

Counsel of record for this party:

John C. Conti, Esquire
PA I.D. # 28071

Lisa D. Dauer, Esquire
PA I.D. # 63274

DICKIE, MCCAMEY & CHILCOTE, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

(412) 281-7272

**JURY TRIAL DEMANDED**

lidate Check OPS$RFER601
01-03-2008 03:22:07
GD-07-027178

FILED
08 JAN -3 PM 3:23
ALLEGHENY COUNTY PROTHONOTARY

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| MARIE MCCAFFREY, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | G.D. No. 07-27178 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO: MICHAEL F. LAMB, PROTHONOTARY

Kindly enter the appearance of the law firm of Dickie, McCamey & Chilcote, P.C., John C. Conti, Esquire, and Lisa D. Dauer, Esquire, on behalf of one of the defendants, St. Clair Hospital, in the above-captioned matter.

DICKIE, MCCAMEY & CHILCOTE, P.C.

By______________________
John C. Conti
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

**CERTIFICATE OF SERVICE**

I, Lisa D. Dauer, Esquire, hereby certify that true and correct copies of the foregoing Praecipe for Entry of Appearance have been served this 31st day of January 2008, by U.S. first-class mail, postage pre-paid, to counsel of record listed below:

George M. Kontos, Esquire
SWENSEN PERER & KONTOS
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(Counsel for Plaintiffs)

DICKIE, MCCAMEY & CHILCOTE, P.C.

By [signature]
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | G.D. No. 07-27178 |
| v. | Issue No. |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | **PROOF OF SERVICE** |
| | Code: |
| Defendants. | Filed on behalf of Defendant, St. Clair Hospital |
| | Counsel of record for this party: |
| | John C. Conti, Esquire<br>PA I.D. # 28071 |
| | Lisa D. Dauer, Esquire<br>PA I.D. # 63274 |
| | DICKIE, MCCAMEY & CHILCOTE, P.C.<br>Firm #067<br>Two PPG Place, Suite 400<br>Pittsburgh, PA 15222-5402 |
| | (412) 281-7272 |
| | **JURY TRIAL DEMANDED** |

08 JAN -9 PM 3:15
ALLEGHENY COUNTY

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| MARIE MCCAFFREY, | ) | CIVIL DIVISION |
| Plaintiff, | ) | G.D. No. 07-27178 |
| v. | ) | |
| DAVOL, INC., a subsidiary of C.R. BARD, INC., C.R. BARD, INC., and ST. CLAIR HOSPITAL, | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

LISA D. DAUER, being duly sworn, does depose and state that she served the within Rule on counsel for plaintiff, George M. Kontos, Esquire, Swensen Perer & Kontos, One Oxford Centre, Suite 2501, Pittsburgh, Pennsylvania 15219 on or about January 4, 2008, by certified mail. The Rule was also served by first class mail, postage prepaid on January 4, 2008. The original return receipt is attached hereto as Exhibit A.

DICKIE, MCCAMEY & CHILCOTE, P.C.

By ________________________
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

Sworn to and subscribed before
me this 9th day of January, 2008.

________________________
NOTARY PUBLIC

My commission expires:

[illegible] Notarial Seal
Kathleen B. Dow[illegible], Notary Public
City Of Pittsbu[illegible] [illegible]heny County
My Commission [illegible] Feb. [illegible]
Member, Pennsylvania Associat[illegible] of Notaries

G.D. No. 07-27178

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George M. Kontos, Esquire
Swensen Perer & Kontos
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) L. Slick

C. Date of Delivery 1-7-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7007 0710 0003 5938 3702

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**EXHIBIT A**

**CERTIFICATE OF SERVICE**

I, Lisa D. Dauer, Esquire, hereby certify that true and correct copies of the foregoing Proof of Service have been served this 9th day of January, 2008, by U.S. first-class mail, postage pre-paid, to counsel of record listed below:

George M. Kontos, Esquire
SWENSEN PERER & KONTOS
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(Counsel for Plaintiffs)

DICKIE, MCCAMEY & CHILCOTE, P.C.

By [signature]
Lisa D. Dauer

Attorneys for Defendant,
St. Clair Hospital

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARIE MCCAFFREY,

Plaintiff,

v.

DAVOL, INC., a subsidiary OF C.R. BARD INC.; C.R. BARD, INC.; and ST. CLAIR HOSPITAL,

Defendants.

CIVIL DIVISION

G.D. No. 07-27178

Issue No.

**PRAECIPE FOR APPEARANCE**

Code: 007

Filed on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC. and C.R. BARD, INC.

Counsel of record for these parties:

Jason A. Archinaco, Esquire
PA I.D. #76691

Steven J. Forry, Esquire
PA I.D. #73961

WHITE AND WILLIAMS LLP
Firm #683
1001 Frick Building
Pittsburgh, PA 15219

(412) 566-3520

**JURY TRIAL DEMANDED**

FILED
08 JAN 14 PM 2:41
PROTHONOTARY
ALLEGHENY COUNTY

OPS$LAURIE01
01-14-2008 11:34:40
GD-07-027178

PHLDMS1 3863201v.1

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

| | | |
|---|---|---|
| MARIE MCCAFFREY, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | G.D. No. 07-27178 |
| | : | |
| vs. | : | |
| | : | |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R. BARD, INC.; and ST. CLAIR HOSPITAL, | : | |

**PRAECIPE FOR APPEARANCE**

TO: PROTHONOTARY

Kindly enter my Appearance on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC. and C.R. BARD, INC., ONLY, in the above-captioned case.

WHITE AND WILLIAMS LLP

By______________________
Jason A. Archinaco, Esquire
Steven J. Forry, Esquire

Attorneys for Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC. and C.R. BARD, INC.

PHLDMS1 3863201v.1

G.D. No. 07-027178

**CERTIFICATE OF SERVICE**

I, Steven J. Forry, Esquire, hereby certify that true and correct copies of the foregoing PRAECIPE FOR APPEARANCE have been served this 11th day of January, 2008, by U.S. first-class mail, postage prepaid, to counsel of record listed below:

George M. Kontos, Esquire
Swensen Perer & Kontos
One Oxford Centre, Suite 2501
Pittsburgh, PA 15219
**(Counsel for Plaintiff)**

John C. Conti, Esquire
Dickie, McCamey & Chilcote, P.C.
Suite 400, Two PPG Place
Pittsburgh, PA 15222
**(Counsel for Defendant St. Clair Hospital)**

WHITE AND WILLIAMS LLP

By____________________
Steven J. Forry, Esquire

Attorneys for Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC. and C.R. BARD, INC.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R. BARD, INC.; and ST. CLAIR HOSPITAL,<br><br>Defendants. | CIVIL DIVISION<br><br>G.D. No. 07-27178<br><br>**PRAECIPE FOR RULE TO FILE A COMPLAINT**<br><br>Code: 007<br><br>Filed on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC. and C.R. BARD, INC.<br><br>Counsel of record for these parties:<br><br>Jason A. Archinaco, Esq.<br>PA. I.D. #76691<br><br>Steven J. Forry, Esq.<br>PA. I.D. #73961<br><br>WHITE AND WILLIAMS LLP<br>Firm #683<br>1001 Frick Building<br>Pittsburgh, PA 15219<br><br>(412) 566-3520<br><br>**JURY TRIAL DEMANDED** |

08 JAN 14 AM 11:38
ALLEGHENY COUNTY

PHLDMS1 3865076v.1

**PRAECIPE FOR RULE TO FILE A COMPLAINT**

TO: PROTHONOTARY

KINDLY issue a Rule upon the Plaintiff to File a Complaint within twenty (20) days or suffer Judgment of Non Pros.

WHITE AND WILLIAMS LLP

By:______________________________
Steven J. Forry, Esquire
Attorneys for Defendants, DAVOL, INC. a subsidiary of
C.R. BARD INC., and C.R. BARD, INC.

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY , | CIVIL DIVISION |
| Plaintiff, | G.D. 07-027178 |
| v. | Issue No. |
| DAVOL, INC. a subsidiary of C.R. BARD, INC., C.R. BARD, INC. and ST. CLAIR HOSPITAL, | **AFFIDAVIT OF SERVICE OF RULE TO FILE A COMPLAINT** |
| | Code: 007 |
| Defendants. | Filed on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD, INC., and C.R. BARD, INC. |
| 08 JAN 18 PM 3:24<br>PROTHONOTARY<br>LEGHENY COUNTY | Counsel of record for these parties:<br><br>Jason A. Archinaco, Esq.<br>PA. I.D. #76691<br><br>Steven J. Forry, Esq.<br>PA. I.D. #73961<br><br>WHITE AND WILLIAMS LLP<br>Firm #683<br>1001 Frick Building<br>Pittsburgh, PA 15219<br><br>(412) 566-3520 |
| | <u>**JURY TRIAL DEMANDED**</u> |

G.D. No. 07-027178

## AFFIDAVIT OF SERVICE OF RULE

COMMONWEALTH OF PENNSYLVANIA )
) SS:
COUNTY OF ALLEGHENY )

Before me, the undersigned authority, personally appeared STEVEN J. FORRY, ESQUIRE, counsel for DAVOL, INC. a subsidiary of C.R. BARD, INC. and C.R. BARD, INC.., two of the Defendants herein, who, being duly sworn according to law, deposes and says that on January 15, 2008, a certified true and correct copy of the Rule requiring the Plaintiff to file a Complaint was forwarded to Plaintiff's attorney, George M. Kontos, Esquire, by certified mail, return receipt requested, and said Rule was received at the office of Plaintiff's counsel on January 16, 2008, as evidenced by the postal receipt which is attached hereto and marked Exhibit "A."

Steven J. Forry, Esquire

Sworn to and subscribed
before me this 18th day
of January, 2008.

Dawn R. Long
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Dawn R. Long, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Apr. 16, 2009
Member, Pennsylvania Association of Notaries

PHLDMS1 3874653v.1

G.D. No. 07-027178

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George M. Kontos, Esq.
Swensen Perer & Kontos
One Oxford Centre, Suite 2501
Pittsburgh PA 15219
(RULE)

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Karenda Wilson ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Karenda Wilson

C. Date of Delivery 1-14-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 2890 0004 1854 7870

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**EXHIBIT "A"**

PHLDMS1 3874653v.1

OF ALLEGHENY COUNTY, PENNSYLVANIA

McCaffrey vs C.R Bard Inc. etal

Case Number GD-07-027178

## RULE

To :

Marie McCaffrey

[X] You are ruled to file a complaint within twenty (20) days after service hereof.

[ ] You are ruled to file a bill of particulars in this action within twenty (20) days after service hereof.

[ ] You are ruled to file a bill of particulars in this action within twenty (20) days after service hereof.

[ ] You are ruled to show cause, if any you have, why

Date : 1/14/2008 1:51:19 PM

Returnable :4/13/2008 11:59:59 PM

Attorney Name : Steven J. Forry

Michael E. Lamb, Prothonotary

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARIE MCCAFFREY ,

Plaintiff,

v.

DAVOL, INC. a subsidiary of C.R. BARD, INC., C.R. BARD, INC. and ST. CLAIR HOSPITAL,

Defendants.

CIVIL DIVISION

G.D. 07-027178

Issue No.

**NOTICE OF PRAECIPE TO ENTER JUDGMENT OF NON PROS (TEN DAY NOTICE)**

Code: 007

Filed on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD, INC., and C.R. BARD, INC.

Counsel of record for these parties:

Jason A. Archinaco, Esquire
PA. I.D. #76691

Steven J. Forry, Esquire
PA. I.D. #73961

WHITE AND WILLIAMS LLP
Firm #683
1001 Frick Building
Pittsburgh, PA 15219

(412) 566-3520

**JURY TRIAL DEMANDED**

08 FEB 12 PM 4:0
ALLEGHENY COUNTY

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARIE MCCAFFREY, CIVIL DIVISION

Plaintiff, G.D. 07-027178

v.

DAVOL, INC. a subsidiary of C.R. BARD, INC., C.R. BARD, INC. and ST. CLAIR HOSPITAL,

Defendants.

**NOTICE OF PRAECIPE TO ENTER JUDGMENT OF NON PROS (TEN DAY NOTICE)**

To: Plaintiff
c/o George M. Kontos, Esquire
Swensen Perer & Kontos
One Oxford Centre, Suite 2501
Pittsburgh, PA 15219

Dated: February 12, 2008

**IMPORTANT NOTICE**

YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO FILE A COMPLAINT IN THIS CASE. UNLESS YOU ACT WITHIN **TEN (10) DAYS** FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR RIGHT TO SUE THE DEFENDANTS AND THEREBY LOSE PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE THIS NOTICE TO A LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE FOLLOWING OFFICE TO FIND OUT WHERE YOU CAN GET HELP.

Lawyer Referral Service
Allegheny County Bar Association
414 Grant St., 9th Floor, Room 920
Pittsburgh, PA 15219
412-261-5555

WHITE AND WILLIAMS LLP

By: ______________________
Steven J. Forry, Esquire
Attorneys for Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC., and C.R. BARD, INC.

PHLDMS1 4012574v.1

G.D. No. 07-027178

**CERTIFICATE OF SERVICE**

I, Steven J. Forry, Esquire, hereby certify that true and correct copies of the foregoing **NOTICE OF PRAECIPE TO ENTER JUDGMENT OF NON PROS (TEN DAY NOTICE)** have been served this 12th day of February, 2008, to counsel of record listed below:

VIA CERTIFIED MAIL
George M. Kontos, Esquire
Swensen Perer & Kontos
One Oxford Centre, Suite 2501
Pittsburgh, PA 15219
**(Counsel for Plaintiff)**

VIA U.S. MAIL
John C. Conti, Esquire
Dickie, McCamey & Chilcote, P.C.
Suite 400, Two PPG Place
Pittsburgh, PA 15222
**(Counsel for Defendant St. Clair Hospital)**

WHITE AND WILLIAMS LLP

By:____________________________
Steven J. Forry, Esquire
Attorneys for Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC., and C.R. BARD, INC.

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY , | CIVIL DIVISION |
| Plaintiff, | G.D. 07-027178 |
| v. | Issue No. |
| DAVOL, INC. a subsidiary of C.R. BARD, INC., C.R. BARD, INC. and ST. CLAIR HOSPITAL, | **NOTICE OF SERVICE OF CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC.** |
| Defendants. | Code: 007 |

Filed on behalf of Defendants, DAVOL, INC. a subsidiary of C.R. BARD, INC., and C.R. BARD, INC.

Counsel of record for these parties:

Jason A. Archinaco, Esquire
PA. I.D. #76691

Steven J. Forry, Esquire
PA. I.D. #73961

WHITE AND WILLIAMS LLP
Firm #683
1001 Frick Building
Pittsburgh, PA 15219

(412) 566-3520

**JURY TRIAL DEMANDED**

08 FEB 13 PM 3:49
ALLEGHENY COUNTY

PHLDMS1 4018178v.1

G.D. No. 07-027178

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARIE MCCAFFREY , Plaintiff, v. DAVOL, INC. a subsidiary of C.R. BARD, INC., C.R. BARD, INC. and ST. CLAIR HOSPITAL, Defendants.

CIVIL DIVISION

G.D. 07-027178

**NOTICE OF SERVICE OF CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC.**

TO: PROTHONOTARY

Notice is hereby given that on the 13th day of February, 2008, the original **CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC.** was served upon Plaintiff's counsel by Defendant, Davol Inc., a subsidiary of C.R. Bard Inc., and C.R. Bard, Inc., via United States mail, first class, postage prepaid.

WHITE AND WILLIAMS LLP

By: ______________________

Steven J. Forry, Esquire
Attorneys for Defendants, DAVOL, INC. a subsidiary of C.R. BARD INC., and C.R. BARD, INC.

PHLDMS1 4018178v.1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE MCCAFFREY, | CIVIL DIVISION |
| Plaintiff, | No. GD 07-027178 |
| v. | **COMPLAINT IN CIVIL ACTION** |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R. BARD, INC.; and ST. CLAIR HOSPITAL, | Filed on behalf of Plaintiff |
| Defendants. | Attorneys of record for this Party: |
| | George M. Kontos, Esquire<br>Pa. Id. # 62712 |
| | Brian W. DelVecchio, Esquire<br>Pa. Id. # 79666 |
| | SWENSEN PERER & KONTOS<br>One Oxford Centre, Suite 2501<br>Pittsburgh, PA 15219 |
| | Firm #262 |
| | (412) 281-1970 |
| | **bwd@spkpowerlaw.com** |

08 FEB 19 PM 3:21
PROTHONOTARY
ALLEGHENY COUNTY

**NOTICE TO DEFEND**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE OR KNOW A LAWYER, THEN YOU SHOULD GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer Referral Service
The Allegheny County Bar Association
920 City-County Building
414 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 261-5555

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CIVIL DIVISION

| | | |
|---|---|---|
| MARIE MCCAFFREY, Plaintiff, | : | No. GD 07-027178 |
| v. | : | |
| DAVOL, INC. a subsidiary of C.R. BARD INC.; C.R. BARD, INC.; and ST. CLAIR HOSPITAL, Defendants. | : | |

**COMPLAINT IN CIVIL ACTION**

NOW COMES the Plaintiff, Marie McCaffrey, by and through her attorneys, George M. Kontos, Esquire, Brian W. DelVecchio, Esquire, and Swensen, Perer & Kontos, and alleges, upon information and belief, as follows:

1. Plaintiff, Marie McCaffery, is and was at all relevant times a resident of 1212 Wareman Avenue, Pittsburgh 5226, Allegheny County, Pennsylvania.

2. Defendant Davol, Inc. (hereinafter "Davol"), a Delaware corporation with a principle place of business at 100 Sockanosset Crossroads, P.O. Box 8500, Cranston, RI 02920, is a wholly owned subsidiary of Defendant C.R. Bard, Inc. (hereinafter "Bard"), a New Jersey corporation with principle place of business at 730 Central Avenue, Murray Hill, NJ 07974, Defendants Davol and Bard produced the defective Kugel Hernia Patch product line and, at all

times relevant hereto, were authorized to do business and doing business in Allegheny County, Pennsylvania.

3. The Kugel Hernia Patch is a device manufactured for the intended purpose of treating a hernia. By acting as a barrier between tissues, the Kugel Hernia Patch was designed to prevent tissue from protruding into body cavities. The patch consists of two mesh layers and a "Memory Recoil Ring." The patch was intended to be inserted through a small incision and then expand inside the body due to the Memory Recoil Ring. Defendants Davol and Bard are involved in the design, manufacture, testing, analyzing, advertising, promotion, marketing, sale, and distribution of the Kugel Hernia Patch.

4. Defendant St. Clair Hospital is a Pennsylvania company with its principal place of business located at 1000 Bower Hill Rd., Pittsburgh, Pennsylvania 15243 and, at all times relevant hereto, was authorized to do business and doing business in Allegheny County, Pennsylvania.

5. St. Clair Hospital is engaged in the medical device business and is a distributor of the products manufactured by Defendants Davol and Bard, including the aforementioned Kugel Hernia Patch.

6. To treat a right sided abdominal hernia, Plaintiff underwent surgery on January 2, 2007. The surgeons in the procedure utilized a Large Oval Kugel Hernia Patch, model 0010202, lot number 43epd312.

7. On January 10, 2007, eight days later, this model and lot was recalled by Defendants Davol and Bard due to complaints of recoil ring breakage. Breakage of the recoil ring can lead to bowel perforations and abnormal connections between the intestines and other

organs. Further, complications arising from these medical conditions can lead to sepsis, infection, and death.

8. On April 24, 2007, the FDA sent Davol a warning letter, stating that Davol had failed to conform with the Code of Federal Regulations with regard to its recall of the Kugel Hernia Patch.

9. The warning letter stated that Davol's rolling recall was insufficient action to correct the quality problems of the Kugel Hernia Patch. The FDA classified the recall as a Class I recall, meaning that "time is of the essence where product problems present a reasonable probability that use of, or exposure to, the product will cause serious adverse health consequences or death."

10. Plaintiff's injuries as set forth herein below would not have occurred but for the willful and reckless behavior exhibited by the Defendants.

**COUNT I**

**Plaintiff v. Davol, Inc. a subsidiary of C. R. Bard, Inc.**

**NEGLIGENCE**

11. Plaintiff incorporates by reference Paragraphs 1-10 of this Complaint.

12. Defendants Davol and Bard had a duty to use reasonable care in the design, manufacture, testing, analyzing, advertising, promotion, marketing, sale, and distribution of the Kugel Hernia Patch.

13. The Defendants Davol and Bard committed the following acts and omissions of negligence:

a. Failed to adequately and properly test and inspect the Kugel Hernia Patch so as to ascertain whether or not it was safe for the purpose for which it was intended;

b. Failed to adequately and properly warn the Plaintiff and others of the risks and complications derived from using the Kugel Hernia Patch, including, but not limited to bowel perforations, chronic intestinal fistulae, increased risk of infection, sepsis, internal bleeding, and death;

c. Failed to implement a safe design in the manufacture of the Kugel Hernia Patch;

d. Failed to manufacture the Kugel Hernia Patch in a reasonably safe condition for which it was intended;

e. Failed to properly label the patch so as to warn the Plaintiff and others of the complications and risks of using the Kugel Hernia Patch;

f. Manufactured a defective product, i.e., the Kugel Hernia Patch;

g. Manufactured a product which had serious, medical side effects; and

h. Was otherwise negligent in the manufacturing, creating, designing, testing, studying, labeling, packaging, warning, supplying, marketing, selling, advertising, promoting and distributing of Kugel Hernia Patches.

14. The medical complications resulting from the Plaintiff's installed Kugel Hernia Patch was caused by the reckless, careless and negligent conduct of Defendants Davol and Bard, and its agents and employees, who were acting at all times within the scope and course of their employment or agency relationship with the Defendants.

15. The Defendants knew or should have known that by creating, distributing, and failing to recall the Kugel Hernia Patch, it was likely to place the Plaintiff and other persons at risk for ruptured bowels and other medical complications.

16. The Defendant's actions exhibited a reckless disregard of the Plaintiff's health and the health and safety of other persons who used the Kugel Hernia Patch.

17. As a direct and proximate result of the Defendants' negligence, the Plaintiff, Marie McCaffrey suffered a staph infection, boils, and other medical complications.

18. As a result of these injuries, Plaintiff has sustained the following damages:

a. Past and future medical expenses;

b. Pain and suffering;

c. Scarring;

d. Disfigurement; and

e. Other future health consequences.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

**COUNT II**

**Plaintiff v. Davol, Inc. a subsidiary of C. R. Bard, Inc.**

**STRICT LIABILITY**

19. Plaintiff incorporates by reference Paragraphs 1-18 of this Complaint.

20. Defendants Davol and Bard are in the business of manufacturing, creating, designing, testing, studying, labeling, packaging, warning, supplying, marketing, selling,

advertising, promoting and distributing the Kugel Hernia Patch and sold it throughout the world including Allegheny County, Pennsylvania.

21. Eight days prior to Davol's late recall of the Kugel Hernia Patch, the Plaintiff, Marie McCaffrey, underwent surgery to receive a Kugel Hernia Patch. The patch that was manufactured and sold by Davol and Bard and distributed to the Plaintiff by St. Clair Hospital was affixed without substantial change in its condition and was used by the Plaintiff as intended and in a reasonably foreseeable manner.

22. The patch was defective and caused harm to the Plaintiff and others including bowel perforation, sepsis, infection and death.

23. The defective patch was not within the reasonable expectations of the Plaintiff as a consumer and was thus defective.

24. The unreasonably dangerous and defective condition of the patch was not open and obvious and would not have been realized by the ordinary user or consumer. Moreover, the Plaintiff was not aware of and could not have, in the exercise of reasonable care, discovered the unreasonably dangerous, defective condition of the Kugel Hernia Patch.

25. The Defendants Davol and Bard failed to properly label the defective patches and failed to warn patients about certain risks which Davol and Bard knew were associated with using the patch including, but not limited to, punctured bowels, sepsis, infection, and death.

26. The Plaintiff was not aware of and could not reasonably be expected to know about the dangers of the Kugel Hernia Patch.

27. The Defendants Davol and Bard are strictly liable for the injuries and damages caused to the Plaintiff as set forth in paragraphs 17 and 18 of this Complaint.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

**COUNT III**

**Plaintiff v. Davol, Inc. a subsidiary of C. R. Bard, Inc.**

**BREACH OF WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE**

28. Plaintiff incorporates by reference Paragraphs 1-27 of this Complaint.

29. As a merchant in the business of selling hernia repair patches to patients for remuneration, the Defendants impliedly warrant that all of the goods which they sell to the public are fit for human consumption and merchantable.

30. The defective patch, which was used by the Plaintiff and sold by the Defendants, was not fit for its intended purpose and was sold in breach of the Defendants' implied and express warranties of merchantability and fitness for its intended use.

31. The patch caused the Plaintiff to suffer a staph infection, boils, and other medical complications, and therefore was not fit for human consumption.

32. As a result of the above, the Defendants breached their implied and express warranties of merchantability and fitness for a particular purpose which it owed to the Plaintiff.

33. As a result of its breach of the implied and express warranties of merchantability and fitness for a particular purpose, the Plaintiff has been damaged by the Defendants as set forth in paragraphs 17 and 18 of this Complaint.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

<u>**COUNT IV**</u>

<u>**Plaintiff v. Davol, Inc. a subsidiary of C. R. Bard, Inc.**</u>

<u>**VIOLATION OF PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW**</u>

34. Plaintiff incorporates by reference Paragraphs 1-33 of this Complaint.

35. Defendants had a duty and obligation not to violate applicable Pennsylvania laws regarding the production and sale of the defective Kugel patch, including the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1 et seq.

36. Under this law, unfair methods of competition and unfair or deceptive acts or practices is defined, *inter alia*, as: "4 (xxi) Engaging in any fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding."

37. By selling and supplying the defective patch and due to the other actions and inaction of the Defendants, including not warning potential users of the patch about its adverse effects, Defendants Davol and Bard violated the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1 et seq.

38. The Defendants' actions or inaction in the manufacturing, creating, designing, testing, studying, labeling, packaging, warning, supplying, marketing, selling, advertising, promoting and distributing of the defective Kugel Hernia Patch constitutes fraudulent or deceptive conduct as defined under the Pennsylvania Unfair Trade Practices and Consumer Protection Law, and constitutes a breach of duty subjecting the Defendants to civil liability for all damages which result from that.

39. The Defendants failed to meet the standard of care required by applicable statues, laws and regulations which were intended for the benefit of the Plaintiff and others.

40. Davol fraudulently or deceptively confused patients or caused them to misunderstand the patch in the following particulars:

a. The labeling lacked adequate information on the risks of the Kugel Hernia Patch;

b. The labeling failed to provide adequate warnings of severe and disabling medical conditions such as bowel perforation, staph infection, boils, and potential death;

c. The Defendants did not provide adequate information for consumers for the safe and effective use of the Kugel Hernia Patch; and

d. The labeling provided by the Defendants was misleading, promotional and deceptive.

41. As a direct and proximate result of the actions and inaction of the Defendants in performing or not performing the above described acts, and as a result of the statutes violated thereby, the Plaintiff has suffered serious injuries and damages as herein alleged.

42. Under the Pennsylvania Unfair Trade Practices and Consumer Protection Law, the Plaintiff is entitled to sue for the following:

a. Actual Damages;

b. Triple the damages sustained;

c. Court Costs; and

d. Reasonable Attorney Fees

pursuant to 73 P.S. § 201-9.2 (2004).

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

## COUNT V

**Plaintiff v. Davol, Inc. a subsidiary of C. R. Bard, Inc.**

**FRAUD AND MISREPRESENTATION**

43. Plaintiff incorporates by reference Paragraphs 1-52 of this Complaint.

44. Defendants Davol and Bard, having undertaken the manufacturing, marketing, dispensing, distribution, and promotion of the Kugel Hernia Patch, owed distributors, the FDA, and public, including Plaintiff, a duty to provide accurate and complete information regarding this product.

45. Defendants knew or should have known that the defective patch causes serious injuries, but failed to warn the public, including Plaintiff, of those dangers.

46. Defendants' refusal to recall the defective patch falsely and deceptively sought to create the image and impression that the Kugel Hernia Patch was safe and did not have unacceptable side effects.

47. Defendants misrepresented to Plaintiff and the public its knowledge about the likelihood that the Kugel Hernia Patch would cause injuries such as Plaintiff's. Defendants concealed, failed to disclose, misstated, downplayed, and understated the health hazards and risks associated with the use of the defective patch. Defendants falsely and deceptively kept relevant information from Kugel Hernia Patch users and minimized concerns regarding the defective patch's safety to induce Plaintiff and the public to purchase and use the Kugel Hernia Patch.

48. In reasonable, detrimental reliance on the truth of Defendants' representations

about the defective patch's safety, Plaintiff underwent surgery and used it in the manner and for the purpose intended as represented and instructed by Davol.

49. Defendants' representations, misrepresentations, acts and omissions deprived Plaintiff and other foreseeable Kugel Hernia Patch users of free choice whether to expose themselves to its dangers.

50. As a direct and proximate result of Plaintiff's lack of awareness of the defective patch's dangers, Plaintiff suffered significant injuries, including but not limited to injuries and damages as described with particularity, above in paragraphs 17 and 18 of this Complaint.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00

**COUNT VI**

**Plaintiff v. St. Clair Hospital**

**Negligence**

51. All previous paragraphs are incorporated by reference thereto as if the same were more fully set forth herein at length.

52. Defendant St. Clair Hospital was negligent in the following particulars:

52.1 Defendant distributed the patch in question to doctors in a defective condition that was unreasonably dangerous to patients in that the device lacked adequate warnings and instructions about dangers that were known, or should have been known by Defendant;

52.2 Defendant failed to suspend sale and delivery, in a timely fashion, of the defective patches in question when it knew, or should have known, that

the patch had recognized design flaws that increased the risk of life-threatening infections and death in patients who undergo hernia repair surgery;

52.3 Defendant failed to timely, properly, and effectively recall the defective patches it had sold and delivered, thus placing patients at risk for exposure to life threatening infection and death; and

52.4 Defendant failed to monitor any product recall notifications of the defective patches that it sold and delivered and thus did not ensure that the product would be removed from active use.

53. As a result of Defendant's negligence, Plaintiff suffered personal injuries including, but not limited to, staph infection, boils, and other medical conditions.

54. As a result of these injuries, Plaintiff has sustained the damages and injuries as put forth in paragraphs 17 and 18 of this complaint.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

**COUNT VII**

**Plaintiff v. St. Clair Hospital**

**Strict Liability**

55. All previous paragraphs are incorporated by reference thereto as if the same were set forth more fully herein at length.

56. Defendant St. Clair Hospital sold and delivered the patch in question that was used in Plaintiff's hernia repair surgery.

57. The Kugel Hernia Patch was defective when it left the possession of St. Clair Hospital in the following particulars:

57.1 The manufacture of the patch was technically unsafe, specifically the manufacture resulted in patches that would break and perforate the bowel, thus placing patients at risk for life-threatening infections and death;

57.2 The patches had design flaws that increased the risk of life-threatening infections and death in patients who undergo hernia repair surgery; and

57.3 The patches lacked adequate warnings and instructions about dangers that were known or should have been known by St. Clair Hospital, including, but not limited to, the fact that the patches had a tendency to break and lead to infection or death.

58. As a result of the defective condition of the patches at issue, Plaintiff suffered personal injuries as outlined in paragraphs 17 and 18.

WHEREFORE, Plaintiff Marie McCaffrey demands judgment against the Defendants, in an amount greater than $75,000.00.

Respectfully submitted:

SWENSEN, PERER & KONTOS

Brian W. DelVecchio, Esquire
Attorney for the Plaintiff