CLOSED, STAY

**U.S. District Court**
**Western District of Pennsylvania (Pittsburgh)**
**CIVIL DOCKET FOR CASE #: 2:08-cv-00288-MBC**

MCCAFFREY v. DAVOL INC. et al
Assigned to: Maurice B. Cohill
Case in other court: Allegheny County, GD 07-27178
Cause: 28:1441 Notice of Removal-Product Liability

Date Filed: 02/26/2008
Date Terminated: 04/02/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MARIE MCCAFFREY**

represented by **Brian W. DelVecchio**
Swensen, Perer & Kontos
One Oxford Centre
Suite 2501
Pittsburgh, PA 15219
(412) 281-1970
Email: bwd@spkpowerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**
*a subsidiary of C.R. BARD INC.*

represented by **Steven J. Forry**
White & Williams
437 Grant Street
Suite 1001 Frick Building
Pittsburgh, PA 15219
(412) 566-3520
Email: forrys@whiteandwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.**

represented by **Steven J. Forry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ST. CLAIR HOSPITAL**
*TERMINATED: 03/12/2008*

represented by **John C. Conti**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400

Pittsburgh, PA 15222-5402
(412) 281-7272
Email: jconti@dmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa D. Dauer**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
Email: ldauer@dmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Kabbert**
Dickie McCamey & Chilcote PC
2 PPG Place Suite 400
Pittsburgh, PA 15222
(412)392-5261
Fax: 412-392-5367
Email: rkabbert@dmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | NOTICE OF REMOVAL from Allegheny County, case number GD 07-027178. Copies attached: Docket Sheet, Praecipe for Writ of Summons, Affidavit of Service of the Writ of Summons by mail as to Davol, Inc., Affidavit of Service of the Writ of Summons by mail as to C.R. Bard, Inc., Praecipe for Rule to File Complaint, Praecipe for Entry of Appearance of John C. Conti, and Lisa D. Dauer, Proof of Service on behalf of St. Clair Hospital, Praecipe for Appearance of Jason A. Archinaco and Steven J. Forry, Praecipe for Rule to File a Complaint, Affidavit of Service of Rule to File a Complaint, Notice of Praecipe to Enter Judgment of Non Pros, Notice of Service of Cross-Notice of Deposition of Certain Corporate Representatives of Defendant Davol Inc., and Complaint in Civil Action ( Filing fee $ 350 receipt number 820761), filed by DAVOL INC., C.R. BARD, INC. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A # 3 Notice of Filing Notice of Removal # 4 Proof of Filing # 5 Verification) (ksa) (Entered: 02/26/2008) |
| 02/27/2008 | 2 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (sjs) (Entered: |

Case 1:08-cv-02421-ML-LDA Document 1-4 Filed 04/14/2008 Page 3 of 4

| | | |
|---|---|---|
| | | 02/27/2008) |
| 03/03/2008 | 3 | Disclosure Statement identifying C.R. Bard, Inc. as corporate parent, by DAVOL INC. (Forry, Steven) (Entered: 03/03/2008) |
| 03/04/2008 | 4 | NOTICE of Appearance by Lisa D. Dauer on behalf of ST. CLAIR HOSPITAL (Dauer, Lisa) (Entered: 03/04/2008) |
| 03/04/2008 | 5 | NOTICE of Appearance by John C. Conti on behalf of ST. CLAIR HOSPITAL (Conti, John) (Entered: 03/04/2008) |
| 03/04/2008 | 6 | NOTICE of Appearance by Richard J. Kabbert on behalf of ST. CLAIR HOSPITAL (Kabbert, Richard) (Entered: 03/04/2008) |
| 03/07/2008 | 7 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (b)(6)* by ST. CLAIR HOSPITAL. (Attachments: # 1 Exhibit A # 2 Proposed Order of Court) (Kabbert, Richard) Modified on 3/10/2008 to correct typos (ksa). (Entered: 03/07/2008) |
| 03/07/2008 | 8 | BRIEF in Support re 7 MOTION to Dismiss *Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by ST. CLAIR HOSPITAL. (Kabbert, Richard) (Entered: 03/07/2008) |
| 03/10/2008 | 9 | ORDER re 7 Motion to Dismiss; Plaintiff shall file a Response to the Motion on or before 3/21/2008. Signed by Judge Maurice B. Cohill on 3/10/2008. (sjs) (Entered: 03/10/2008) |
| 03/11/2008 | 10 | STIPULATION of Dismissal *of St. Clair Hospital* by MARIE MCCAFFREY. (DelVecchio, Brian) (Entered: 03/11/2008) |
| 03/12/2008 | 11 | ORDER APPROVING 10 Voluntary Dismissal of St. Clair Hospital with prejudice. Signed by Judge Maurice B. Cohill on 3/12/2008. (sjs) (Entered: 03/12/2008) |
| 03/12/2008 | | ORDER terminating 7 Motion to Dismiss as moot. Signed by Judge Maurice B. Cohill on 3/12/2008. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (sjs) (Entered: 03/12/2008) |
| 03/19/2008 | 12 | MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by DAVOL INC. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Forry, Steven) Modified on 3/20/2008 to correct typos (ksa). (Entered: 03/19/2008) |
| 03/19/2008 | | BRIEF in Support re 12 MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* filed by DAVOL INC. (Filed with document 12) (ksa) (Entered: 03/20/2008) |
| 03/20/2008 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 12 Motion to Stay. ERROR: Document should have been filed as two separate documents. CORRECTION: Attorney advised in future that documents of that nature are to be filed as separate documents. Clerk of Court docketed Brief in Support of Motion to Stay of Proceedings Pending Transfer to Federal MDL. This message is for informational purposes |

| | | |
|---|---|---|
| | | only. (ksa) (Entered: 03/20/2008) |
| 03/21/2008 | 13 | ORDER granting 12 Motion to Stay proceedings pending MDL transfer to the District of Rhode Island. Signed by Judge Maurice B. Cohill on 3/21/2008. (sjs) (Entered: 03/21/2008) |
| 03/31/2008 | 14 | Conditional Transfer Order received from the Judicial Panel on Multi-District Litigation. (Attachments: # 1 Letter from Clerk of the Multidistrict Litigation Panel to Clerk for District of Rhode Island # 2 List of Tag-Along Actions) (ksa) (Entered: 04/01/2008) |
| 04/02/2008 | 15 | Certified Copy of Conditional Transfer Order received from District of Rhode Island. (ksa) (Rhode Island Case No. CA 08-2421) Modified on 4/3/2008. (tt) (Entered: 04/02/2008) |
| 04/02/2008 | | Case electronically transferred to District of Rhode Island. (ksa) (Entered: 04/02/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2008 15:35:35 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-00288-MBC |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |